# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JIMMY ADAMS, JR.

NO. 2025 KW 1295

**MARCH 23, 2026**

---

In Re:    Jimmy Adams, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 16-CR4-130706.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT